**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-4799**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

SAMUEL PAUL CROOK,

                    Defendant - Appellant.

———————

**No. 14-4801**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

SAMUEL PAUL CROOK,

                    Defendant - Appellant.

———————

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.   (3:04-cr-00058-MOC-DSC-1;  3:04-cr-00059-MOC-DSC-1)

———————

Submitted:  February 12, 2015      Decided:  February 18, 2015

———————

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Samuel Paul Cook, Appellant Pro Se. Craig Darren Randall, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Paul Cook appeals the district court's orders denying his pro se motion requesting that his 2005 plea of not guilty by reason of insanity be withdrawn. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Crook, Nos. 3:04-cr-00058-MOC-DSC-1; 3:04-cr-00059-MOC-DSC-1 (W.D.N.C. Sept. 16, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED